**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Tamara Lynn Head,<br><br>　　　　Defendant. | No. CR-21-00693-001-PHX-ESW<br><br>**ORDER** |

　　　　The Court has considered Plaintiff's Motion for Entry of Garnishment Disposition Order (Doc. 29).  No response has been filed, and the time to do so has passed.  Good cause appearing,

　　　　**IT IS ORDERED** granting Plaintiff's Motion for Entry of Garnishment Disposition Order (Doc. 29).

　　　　A Writ of Garnishment, directed to the Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on April 3, 2023, stating that at the time of the service of the Writ it had in its possession non-exempt earnings belonging to and due the Defendant and that the Garnishee was indebted to the Defendant.

　　　　On March 10, 2023, the United States of America notified the Defendant of her right to a hearing, and she has not requested a hearing to determine exempt property or to object to the answer.

**IT IS FURTHER ORDERED** that the Garnishee pay the sum of 25% of the Defendant's non-exempt earnings to the Plaintiff, and continue withholding the Defendant's non-exempt earnings and paying them to the Plaintiff until the debt to the Plaintiff is paid in full or until the Garnishee no longer has possession of any non-exempt earnings belonging to the Defendant or until further Order of this Court.  Checks should be made payable to the Clerk of Court, U.S. District Court, Attention Finance Division, 401 W. Washington St., SPC 1, Suite 130, Phoenix, Arizona 85003-2118.  Checks should include the Defendant's name and Court number.

Dated this 26th day of May, 2023.

Honorable Eileen S. Willett
United States Magistrate Judge